No. 533. DE MARIOS *v.* HUDSPETH, WARDEN. January 3, 1939. Petition for writ of certiorari to the Circuit

Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Alfred De Marios, pro se.* No appearance for respondent.